NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DANNY B. BECKNER,                          )
                                           )
              Appellant,                   )
                                           )
v.                                         )        Case No. 2D17-3999
                                           )
STATE OF FLORIDA,                          )
                                           )
              Appellee.                    )
                                           )
_____)

Opinion filed July 27, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Wayne M. Durden, Judge.

Danny B. Beckner, pro se

PER CURIAM.


              Affirmed.


CASANUEVA, KHOUZAM, and SLEET, JJ., Concur.